| [X] POLLUTION | OKLAHOMA CORPORATION COMMISSION | Form 1085-0 |
| [ ] NON POLLUTION | INCIDENT AND COMPLAINT INVESTIGATION REPORT | Rev-2014 |

**Complainant Type:** Citizen

| Taken By: CLINT HICKS | Incident No. 18521OGDO30200 |
|---|---|
| Date 04/07/2021 | Time | Referred From |

**Complainant:**
JOHN ROBERTS
Box 924
Fletcher, OK 73541
Email:

**Joint Inspection Date:**
- **Home Phone:** Not on file.
- **Work Phone:**
- **FAX No.:** Not on file.

**Company:**
CITATION OIL & GAS CORPORATION
14077 Cutten Rd
Houston, TX 77069-2212
Email: env-occ@cogc.com

**Joint Inspection Date:**
- **Phone No.:** Not on file.
- **Second Number:** Not on file.
- **Operator No.:**

Lease/Well Name:    Well No.:    API No: -
Location within Sec.:    SE  NE  Sec 04  Twp 05n  Rge 09w    County: CADDO
General Directions:                                    Lat:  34.56189
                                                       Long: -98.88879

**Complaint/Incident**    Incident Type:

| **Source Code(s) & Description(s)** | **Nature of Complaint:** |
|---|---|
| 25-Ground Water Pollution | High salt level in residential water well. |

Oil Released: 0 bbls     Oil Recovered: 0 bbls     Water Released: 0 bbls     Water Recovered: 0 bbls
Water Body Affected: No                                                       Fish/Wild Kill Reported: N

**Response**

Investigator: CLINT HICKS              Phone No.              Initial Response Date: 04/07/2021

Follow Up Dates:   10-19-2022; 09-16-2022; 07-20-2022; 05-17-2022; 03-23-2022; 02-15-2022; 11-01-2021; 09-13-2021; 07-27-2021; 06-17-2021; 05-11-2021

Investigation Date:    Mediation Date:    Remediation Date:    Litigation Date:
04/08/2021

Referred To: POLLUTION ABATEMENT                              Referred Date: 10/28/2022

Agency of Jurisdiction: OKLA. CORPORATION COMMISSION          Resolved Date:

[N] Water Body Affected Confirmed     [N] Fish/Wildlife Kill Confirmed     Incident Confirmation Status: Confirmed Violation

Red-Tagged Date:        Removal Date:

Violations: 165 : 10-7-5  Citation #:

Findings:  4-7-2021 : The land owner John Roberts contacted the supervisor for western part of district 3 Carl Saucier (580-656-2405) about his water well at his residence. The inspector Clint Hicks (405-201-3652) met with Carl and John to test the well with a YSI meter. The well had been pumping water for 3 hours and showed 6000 parts on YSI.  Water samples were pulled from Citation East Cement Unit and ECU 1-2 015-36426. An MIT was performed on the ECU 2-1 015-36427 which is TA and is scheduled to be tested annually. The well passed MIT. There is an orphan well to the north,  the Wooten B1 015-36450 that is going to be sampled as part of the investigation. The samples will all be checked to identify a possible source.

Recommendations:  The inspector will work with supervisor on the the investigation to identify a source of contamination. The investigation will be updated when information as needed or in 30 thirty days, May 10,2021.

**EXHIBIT 1**

Violations: 165 : 10-7-5  Citation #:

Findings:  5-11-2021 - The investigation is ongoing and has expanded to  include more wells. More samples have been pulled.  Pollution and Abatement has been in contact with the land owner.

Recommendations:  The Field Inspector will give update as needed or in 30 days, June 11, 2021.

Violations: 165 : 10-7-5  Citation #:

Findings:  6-17-2021 ; There were more samples pulled from land owners  water well. The invesigation is ongoing.

Recommendations:  The Field inspector will continue to update as needed or in 30 days, July 19, 2021.   If you have any questions, please contact Clint Hicks at 405-201-3652

Violations: 165 : 10-7-5  Citation #:

Findings:  7-27-2021 : There was a 3 hour flow test on the water well, along with more samples for analysis during the test. The investigation is ongoing.

Recommendations:  The inspector Clint Hicks will continue to update as needed or in 30 days, August 27, 2021

Violations: 165 : 10-7-5  Citation #:

Findings:  8-20-21 : More test were done on the Roberts water well and the neighbors Clifford Simmons . Ambra Matheson (405-763-9294) the Hydrologist for district 3 pulled samples also.

Recommendations:  The inspector will update in 30 days October 14, 2021.

Violations: 165 : 10-7-5  Citation #:

Findings:  11-1-21 - The field operations is continuing to work with Pollution Abatement on testing and sampling of wells. The area is going to expand to a larger area to look for the source.

Recommendations:  The field inspector will update in 30-45 days , Dec. 6-10 , 2021.

Violations: 165 : 10-7-5  Citation #:

Findings:  2-15-2022 : The investigation is ongoing . Two operators have plugged one well each, and are in the process of plugging two more well that were not producing. There are plans being made to do a EM survey in the future.

Recommendations:  The inspector will update the incident in 30 days, March 16, 2022.

Violations: 165 : 10-7-5  Citation #:

Findings:  3-23-2022: The inspector did not visit the site on this date. Pollution and Abatement ran an EM survey on the property where the Hoppin Commercial Saltwater Disposal Facility is located.  3-2-2022 The results didn't show signs of significant pollution at the facility. The investigation is ongoing.

Recommendations:  3-23-2022 - The field operations will continue to work with pollution and abatement on the investigation. The field inspector Clint Hicks can be reached at (405-201-3652) The incident will be updated April 26-2022.

Violations: 165 : 10-7-5  Citation #:

Findings:  5-17-22: The inspector did not visit the site. The inspector Clint Hicks and his supervisor Carl Saucier have been working with the different producers in section 4 5n-9w to check wells that may be the source. They have been checking the wells' fluid levels and casing integrity.

Recommendations:  5-17-2022; The inspector Clint hicks 405-201-3652 will continue to work with his supervisor Carl Saucier and pollution and abatement to find the source of contamination. The incident will be updated June 17,2022.

Violations: 165 : 10-7-5  Citation #:

Findings:  7-20-2022: The inspector visited the site. The Pollution and Abatement Department ran two EM surveys, 7-14-2022 and 7-19-2022 at different depths and areas. They are going to do some more surveys soon. One more well has been plugged in the section. OCC Field Operations will continue to work with producers in the section to bring wells into compliance. The investigation is ongoing.

Recommendations:  7-20-2022: The field will continue to work with the Pollution and Abatement Department on the investigation in the section. The field inspector Clint Hicks can be reached at 405-201-3652 with any questions. The inspector will update the incident in 30 days, August 22, 2022.

Violations: 165 : 10-7-5  Citation #:

Findings: 9-16-2022: The inspector did not visit the site. There have been more EM surveys on the property. There is a water well in the SE corner of the property that was tested and sampled. The new data will be added to the investigation as soon as it is available. The investigation will be ongoing.

Recommendations: 9-16-2022: The field operations will continue to work with Pollution Abatement on the investigation. The incident will be updated in 31 days, Oct. 18,2022 by the inspector. The inspector Clint Hicks can be contacted at 405-201-3652 with any questions.

Violations: 165 : 10-7-5  Citation #:

Findings: 10-19-2022 -  There have been more EM surveys done, on the property, east of the property boundary, and south of the property. The results are being compiled and studied. The field operations staff will continue to work with Pollution Abatement on the investigation to determine the source.

Recommendations: 10-19-2022: The inspector Clint Hicks will update the incident in 34 days, Nov. 22, 2022. The inspector Clint Hicks can be reached at 405-201-3652 with any questions.

Violations: 165 : 10-7-5  Citation #:

Findings: 10-25 2022: There was a meeting held in OKC with Citation Oil & Gas, OCC Field Operations, and OCC Pollution Abatement Dept. in attendance.   The meeting was held to brief the operator, Citation Oil & Gas, about the EM survey work that had been done by OCC around the water well and the area around it.  It was recommended that the operator test the injection line that had previously been used to put water down Injection well #ECU 2-1A.  Also, it was recommended operator check fluid levels on two of the wells not producing at the current time.
10-26-2022: The field inspector met with Keith Bartling (580-656-4695 with Citation, Zac Welton (405-831-0006) with Citation, and Justin the pump truck driver to test the flow line that went to the ECU 2-1A before it was plugged this year in July. The line held 1240# for one hour. The inspector witnessed the fluid shot on the ECU 3-2, by Jeremy Underwood  (580-229-3244) with Citation, the fluid level was 70 ft. The inspector witnessed the fluid level shot on the ECU 5-1a , the fluid level was 475 ft.


Recommendations: 10-28-2022:  The manager of Pollution  Abatement Shawn Coslett has determined Citation as the responsible party and has recommended the incident investigation be referred to Pollution  Abatement.  For any questions, Clint Hicks can be reached at 405-201-3652.