```
 1              BEFORE THE CORPORATION COMMISSION

 2                   OF THE STATE OF OKLAHOMA

 3

 4   APPLICANT:      A&A TANK TRUCK COMPANY         )
                                                    )
 5   RELIEF         AN ORDER OF THE COMMISSION     )
     SOUGHT:        DETERMINING THE SOURCE/CAUSE   )
 6                  AND RESPONSIBLE PARTIES FOR    )
                    THE SALINITY OR POLLUTION OF   )
 7                  THE WATERS LOCATED WITHIN THE  )
                    LEGAL DESCRIPTION BELOW, FOR   )
 8                  THE DETERMINATION AND APPROVAL )
                    OF A PLAN OF REMEDIATION BY    )
 9                  THE RESPONSIBLE PARTIES, AND   )
                    TO ALLOW SITE ACCESS FOR SAME  )
10                                                 )CAUSE   PD
     LEGAL          E/2 NE/4 NW/4, NE/4 SE/4       )2021-000175
11   DESCRIPTION:   NW/4, AND N/2 NE/4 OF SECTION  )
                    10 TOWNSHIP 5 NORTH, RANGE 20  )
12                  EAST, LATIMER COUNTY, OKLAHOMA )

13

14
                     TRANSCRIPT OF COURT'S RULING
15
                 HAD ON THE 22ND DAY OF APRIL, 2022
16
            BEFORE ADMINISTRATIVE LAW JUDGE SEAN DENTON
17

18

19

20

21
                          Stenographically
22                         Reported By:
                       Cynthia R. Adams, CSR
23                     Official Court Reporter
                   Oklahoma Corporation Commission
24                    Oklahoma City, OK  73105
                          (405) 613-9733
25                    Oklahoma License No. 101
```

**OKLAHOMA CORPORATION COMMISSION - OFFICIAL TRANSCRIPT**

**EXHIBIT 2**

```
 1                    A P P E A R A N C E S
 2
 3   APPEARING ON BEHALF OF THE APPLICANT:
 4   Ms. Cheri Wheeler, Attorney at Law
     Cheri Wheeler PC & Associates
 5   6 NE 63rd Street, Suite 400
     Oklahoma City, OK   73105
 6
 7   APPEARING ON BEHALF OF MOVANT:
 8   Mr. Jason Aamodt, Attorney at Law
     Mr. Dallas L.D. Strimple, Attorney at Law
 9   Indian and Environmental Law Group, PLLC
     406 South Boulder Avenue, Suite 830
10   Tulsa, OK   74103
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**OKLAHOMA CORPORATION COMMISSION - OFFICIAL TRANSCRIPT**

1                    P R O C E E D I N G S
2        (The following proceedings were had April 22, 2022,
3        with Court, counsel present:)
4             THE COURT:  At this time we are opening the
5   record for cause number PD 202100175.  The Applicant is
6   A&A Tank Truck Company.  Relief sought is an order of the
7   Commission determining the source/cause and responsible
8   parties for the salinity or pollution of the waters
9   located within the legal description below, for the
10  determination and approval of a plan of remediation by the
11  responsible parties, and to allow site access for same.
12            Lands covered:  East half of the northeast
13  quarter of the northwest quarter of the northeast quarter
14  of the southeast quarter of the northwest quarter and the
15  north half of the northeast quarter of Section 10 Township
16  5 North, Range 20 East Latimer County, Oklahoma.
17            The movant here is Daniel and Danielle Flener,
18  the Fleners.  And we're opening the record at this time on
19  a Motion to Dismiss, or in the Alternative, Motion to
20  Stay.
21            Will counsel please make their appearances.  And
22  let's start with movants' counsel.
23            MS. WHEELER:  Cheri Wheeler for A&A Tank Truck
24  Co.
25            THE COURT:  So you're -- you're not the movant,

```
                                                                4
 1   correct?  You're --
 2             MS. WHEELER:  Oh, I'm sorry.  I'm thinking
 3   Applicant.  I apologize.
 4             THE COURT:  Let's start with the Movant.
 5             MR. AAMODT:  Jason Aamodt here for the Fleners.
 6             THE COURT:  Okay.  And you're the -- the Fleners
 7   are the Movant, of course.
 8             All right.  And let's go on to the Applicant's
 9   counsel.
10             MR. SOWECKE:  Tim Sowecke present for A&A Tank
11   Truck Company.
12             MS. WHEELER:  And Cheri Wheeler for A&A Tank
13   Truck Company.
14             THE COURT:  Thank you.
15             And, Mr. Trout?
16             MR. TROUT:  Yes.  Tyler Trout for the
17   Commission's Oil and Gas Conservation Division.
18             THE COURT:  Thank you.
19             Also present, and he doesn't have to speak, is
20   Mr. Dallas Strimple.  And I believe he is with you, Mr.
21   Aamodt?  Is he on the side of the Fleners; is that
22   correct?
23             MR. AAMODT:  That's correct.
24             THE COURT:  Okay.  Just wanted to make sure that
25   we got the appearances correct.
```

OKLAHOMA CORPORATION COMMISSION - OFFICIAL TRANSCRIPT

5

1	All right. At this time I am ready to make my
2	recommendation from the bench regarding the Flener's
3	Motion to Dismiss the Alternative Motion to Stay.
4	On April 1, 2022, I opened the record, admitted
5	evidence and heard statements by counsel for the Fleners,
6	A&A Tank Truck Company and the Oklahoma Corporation
7	Commission's Oil and Gas Conservation Division regarding
8	this motion. At the -- at the conclusion of this hearing
9	I took the matter under advisement to give me time to
10	review the case law, statutes, rules, trial briefs and
11	admitted evidence before I reached a decision for this
12	matter.
13	Based upon the record before me, statements of
14	counsel, admitted evidence, the filed documents of record
15	and the applicable rules of law, it is my recommendation
16	at this time that the Motion to Dismiss before the Court
17	should be denied.
18	I'm making the same recommendation to deny the
19	Alternative Motion to Stay.
20	In the spring of 2020, the Fleners discovered
21	that the pond on their property in Latimer County,
22	Oklahoma, was contaminated with high levels of barium,
23	other salts and other disposed fluids, and the spring
24	which filled -- fills the pond was also contaminated with
25	barium, other salts and other disposed fluids. These are

OKLAHOMA CORPORATION COMMISSION - OFFICIAL TRANSCRIPT

6

1  fluids that are common to the oil and gas industry, and it
2  is believed that the source of the contamination is from
3  oil and gas industry saltwater disposal wells in the area.
4       The Fleners, in fact, filed a complaint with the
5  Oklahoma Corporation Commission on July 15, 2020.  Since
6  this date the OCC has exercised jurisdiction over the
7  problem and an investigation has been ongoing ever since
8  to determine the exact source of the contamination so that
9  a remediation plan can be formulated for the entire
10 injection well contamination problem at issue.
11      However, saltwater disposal well contamination
12 in this area has not been limited to the Fleners'
13 property.  According to Exhibit A to the Motion to
14 Dismiss, a "remediation plan" drafted by a consultant for
15 A&A Tank Truck indicates that another property owner in
16 the area, Troy Walker, also complained to the Commission
17 in 2006 regarding a saltwater purge on his property in
18 which the source injection formation, the Hartshorne, is
19 the same formation that the contaminated spring on the
20 Fleners' property receives its water.  Whether the exact
21 source of contamination for the Fleners' property is the
22 same as that which contaminated the Walker property is
23 unknown at this time.  But with multiple property owners
24 in the area filing complaints with the Commission alleging
25 saltwater disposal well contamination on their properties,

1  clearly this is a public problem and is not limited to a
2  single property owner.
3       On November 1, 2021, the Fleners filed suit
4  against A&A Tank Truck Company in Latimer County District
5  Court seeking monetary damages, equitable relief against
6  A&A and punitive damages.  On November 2nd, 2021, A&A Tank
7  Truck Company filed Application with the OCC, the Oklahoma
8  Corporation Commission, seeking an order from the
9  Commission determining the source or cause of the
10 injection well saltwater pollution, the identity of the
11 entity responsible for the injection well and
12 determination and approval of a plan of remediation for
13 the injection well saltwater pollution.  At that time the
14 Commission had already been exercising its jurisdiction in
15 investigating or working on identifying the source of the
16 pollution since the Fleners filed a complaint with the OCC
17 on July 15, 2020.
18      The relief sought in the Application filed by
19 A&A with the OCC essentially made a formal request of the
20 same investigation that was already underway by the OCC,
21 once again, since July 15, 2020.  By filing the formal
22 Application, this did not change jurisdiction in any way.
23 The OCC had already been exercising jurisdiction over this
24 problem since July 15 of 2020.
25      The matter before the court at this time is a

1  determination of whether the OCC has jurisdiction to
2  provide the relief requested by the Applicant in its
3  Application in cause number PD 202100175.  I would note
4  that A&A's Application with the OCC does not request a
5  determination regarding monetary damages.  That issue is
6  clearly a District Court matter.  The OCC does not have
7  the authority to award damages.  But, both parties have,
8  in fact, come to the OCC for a determination of the
9  specific source of the pollution.  The Fleners did so back
10 on July 15th, 2020, and A&A filed its Application on
11 November 2nd, 2021.
12          District courts have unlimited original
13 jurisdiction of all justiciable matters in all cases where
14 exclusive jurisdiction is not given to some other court,
15 or as otherwise provided by the Constitution.  Here,
16 exclusive jurisdiction has been given to another court.
17 It is true that the OCC is a court of limited
18 jurisdiction.  However, within its limited jurisdiction
19 the OCC holds exclusive jurisdiction to certain matters.
20 It is my opinion that the subject matter of A&A's
21 Application falls within the exclusive jurisdiction of the
22 OCC.  Specifically, I believe this authority is granted in
23 17 O.S. Section 52(A)(1)(i), (A)(1)(j), (A)(2), and 52
24 O.S. Section 139(A) and Section 139(B)(1)(j) and (B)(2).
25 I interpret these statutes using the plain meaning of the

9

1  language contained within.
2         Also in support of my recommendation, I would
3  echo the cases cited in Exhibit 1 to the April 1 hearing
4  as filed by the Applicant.  I would also add the authority
5  and support of my decision, *State of Oklahoma Ex Rel.*
6  *Pollution Control Coordinating Board versus Oklahoma*
7  *Corporation Commission,* 660 P.2d 1042, and Question
8  Submitted by:  Lawrence R. Edminson, Director, Department
9  of Pollution Control in 1986 OK AG 59.  This is an
10 official opinion of the State of Oklahoma Attorney
11 General.
12        As to the Alternative Motion to Stay, I
13 recommend that this request also be denied.  The saltwater
14 pollution here is ongoing.  It is my opinion that there is
15 great public interest to first -- to determine the
16 specific source of the ongoing pollution so that the
17 source can be extinguished or properly contained, and then
18 a plan of remediation for the entire footprint of the
19 saltwater pollution can be formulated and executed.  I do
20 not know how the extent of damages to the Fleners and
21 their property could even be determined until the public
22 matter of identifying the exact source and containment has
23 been completed.  But, I will leave that up to the District
24 Court, whom I have the greatest of respect to address any
25 issues involving private rights damages.  In balancing the

OKLAHOMA CORPORATION COMMISSION - OFFICIAL TRANSCRIPT

10

1  interests, it is my opinion that the Application of A&A
2  Tank Truck Company filed with the OCC should not be
3  stayed.
4       In conclusion, as a judge and as an owner of a
5  large rural acreage, the Fleners do have my sympathy with
6  the contamination problem they are experiencing, and I
7  sincerely hope that the source of the contamination is
8  identified, the problem resolved, and a complete
9  remediation is conducted for all areas affected by the
10 contamination, including the Fleners' property.
11      Any questions before we close the record?  We'll
12 start with the Movant's counsel.
13      MR. AAMODT:  Just clarifying.  Is your opinion
14 going to be issued in writing or your recommended opinion
15 going to be issued in writing?
16      THE COURT:  Usually on our motion docket,
17 motions usually not.  Usually if you're looking to appeal
18 it, you can appeal directly to the Appellate Referee
19 without a written brief.  I went in pretty good detail on
20 my oral announcement --
21      MR. AAMODT:  Right.
22      THE COURT:  -- so that there would be great
23 guidance to the Appellate Referee.
24      MR. AAMODT:  Okay.
25      THE COURT:  So that was going to be my -- go

1   ahead.
2             MR. AAMODT:  And that's been recorded, correct?
3             THE COURT:  Oh, absolutely.  Court reporter,
4   Cindy Adams, is -- has been taking everything down.  Not
5   only is it being recorded, one of the beautiful things
6   about ZOOM hearings is this is all -- all of our hearings
7   are recorded, both audio and visual here.
8             But, yes, if you want to order a copy of the
9   transcript, just address your request to court reporter,
10  Cindy Adams.
11            MR. AAMODT:  Great.  And then that just
12  constitutes the entirety of the reasoning for your
13  opinion, correct, Your Honor?
14            THE COURT:  I believe I've addressed it all in
15  this -- in this announcement.  The -- as I've stated, the
16  hearing -- my recommendation is based upon all the filed
17  evidence and so on.  So, I mean, in terms of -- I reserve
18  the right to write a brief if I feel it's necessary.  At
19  this time, I do not.
20            MR. AAMODT:  Okay.  Thank you.
21            THE COURT:  Or a written opinion.
22            All right.  And moving on, Ms. Wheeler, do you
23  have any questions?
24            MS. WHEELER:  No, Judge.
25            THE COURT:  All right.

**OKLAHOMA CORPORATION COMMISSION - OFFICIAL TRANSCRIPT**

12

1  Mr. Trout?
2  MR. TROUT: No questions, Your Honor.
3  THE COURT: All right. Then thank you,
4  Counselors. We will close the record.
5  (Whereupon, the hearing was adjourned.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**OKLAHOMA CORPORATION COMMISSION - OFFICIAL TRANSCRIPT**

```
                                                                    13
 1   COUNTY OF OKLAHOMA        )
                               )  ss
 2   STATE OF OKLAHOMA         )
 3
 4
 5
 6
 7
 8              CERTIFICATE OF COURT REPORTER
 9
10         I, Cynthia R. Adams, Certified Shorthand
11   Reporter within and for the State of Oklahoma, do hereby
12   certify that I took down in machine shorthand the entire
13   proceedings held in the aforesaid cause; and that the
14   foregoing 12 typewritten pages constitute a true, correct
15   and complete transcript of my said shorthand notes of the
16   testimony taken in said cause.
17         Dated this 25th day of April, 2022.
18
19                        _____
20                        CYNTHIA R. ADAMS, CSR and
                          OFFICIAL COURT REPORTER
                          OKLAHOMA CORPORATION COMMISSION
21                        CERTIFICATE NO. 101
22
23
24
25
```



*Cynthia R. Adams* — Digitally signed by Cynthia R. Adams, Date: 2022.04.25 14:32:14 -05'00'

OKLAHOMA CORPORATION COMMISSION - OFFICIAL TRANSCRIPT