## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN ROBERTS and MISTY ROBERTS, as husband and wife residing in the State of Oklahoma, <br><br>  Plaintiffs, <br><br> v. <br><br> CITATION OIL & GAS CORPORATION, a foreign for-profit business corporation, <br><br>  Defendant. | ) ) ) ) ) ) ) ) Case No. CIV-23-00413-J ) ) ) ) ) ) |

### JOINT STATUS REPORT
### PURSUANT TO THE COURT'S AUGUST 24, 2023 ORDER [DKT. 11]

Counsel for Plaintiffs:  Justin T. Hiersche, OBA #20724
J. Scott Henderson, OBA #20722
Miranda L. Harris, OBA #34340
MCAFEE TAFT
211 N. Robinson Ave.
Oklahoma City, OK 73102
T: (405) 552-2235
F: (405) 235-0439
justin.hiersche@mcafeetaft.com

**Attorneys for Plaintiffs**

Counsel for Defendant:  L. Mark Walker, OBA # 10508
Dale E. Cottingham, OBA # 1937
Bradley W. Welsh, OBA # 18488
CROWE & DUNLEVY, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7718
mark.walker@crowedunlevy.com
dale.cottingham@crowedunlevy.com
brad.welsh@crowedunlevy.com

**Attorneys for Defendant**

(1) **Status of Oklahoma Corporation Commission Proceedings**.  The parties have presented to the Corporation Commission, and the Commission has entered, a Pre-Hearing Conference Agreement.  A hearing is presently scheduled for August 11, 2025 which includes, among other things, Citation's request to enter the subject lands and take samples from the subject wells.  The Commission matter is additionally set for hearing on the merits on October 22-24, 2025.

2. **Stay of the Federal Litigation**.

At this time Defendant believes that the matter should remain stayed pursuant to the Court's prior ruling on Defendant's Motion to Dismiss.  Plaintiffs intend to file a Motion to Lift Stay after the Corporation Commission rules upon Plaintiffs Motion to Dismiss.

3. **Additional Statements of the Parties**.

**Plaintiff**: Plaintiffs intend to file a Motion to Dismiss Plaintiffs from the Oklahoma Corporation Commission matter for lack of jurisdiction over each of the individual Plaintiffs. To the extent the Motion to Dismiss is granted by the Oklahoma Corporation Commission, Plaintiff will seek to lift the current stay and proceed with their damage claim independent of the Corporation Commission's review of the abatement analysis.

**Defendant**:  Defendant contends that this Court's stay should remain in effect until the conclusion of the Commission proceedings, including any approval or implementation of a remediation plan.  Once that has occurred, the stay may be lifted to permit the parties to address any then-unresolved issues related to damages, if any such issues are present at that time.

Respectfully submitted,


By: _/s/ *Justin Hiersche*_____
Justin Hiersche, OBA #20724
J. Scott Henderson, OBA #20722
MCAFEE TAFT
8th Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 552-2235
(405) 235-0439 facsimile
justin.hiersche@mcafeetaft.com

**Attorneys for Plaintiffs**

By: _/s/ *Brad Welsh*_____
L. Mark Walker, OBA # 10508
Dale E. Cottingham, OBA # 1937
Bradley W. Welsh, OBA # 18488
CROWE & DUNLEVY, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7718
mark.walker@crowedunlevy.com
dale.cottingham@crowedunlevy.com
brad.welsh@crowedunlevy.com

**Attorneys for Defendant Citation Oil & Gas Corporation**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2025, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system on the following:

Justin Hiersche
Justin.hiersche@mcafeetaft.com

*s/ Brad Welsh*
Brad Welsh
