**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOHN ROBERTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-413-J |
| | ) | |
| CITATION OIL & GAS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 24, 2023, the Court stayed proceedings and administratively closed the case pending the Oklahoma Corporation Commission's (OCC) resolution of Plaintiffs' complaint. [Doc. No. 11]. The parties have jointly notified the Court that the OCC proceedings remain ongoing. [Doc. No. 24]. Accordingly, the Court extends the stay and the parties shall file another joint status report no later than January 5, 2026 again detailing the status of the OCC proceedings and addressing whether the stay should be extended or lifted. This does not preclude Plaintiffs from moving to lift the stay should such a motion become appropriate. The parties are encouraged to work towards resolution during the stay.

IT IS SO ORDERED this 5th day of August, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE